[Civil No. 773.]

JAMES A. CARROW, Administrator of the Estate of Fred
E. Carrow, Deceased, v. THE MUTUAL LIFE INSUR-
ANCE COMPANY OF NEW YORK, Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Mohave. Richard E. Sloan,
Judge.

No appearance for Appellant.

W. H. Stilwell, Attorney for Appellee.

February 12, 1902. Affirmed on short transcript under par.
1583, Rev. Stats. Ariz. 1901.

---

[Civil No. 774.]

WILLIAM HEIMROD et al., Appellants, v. THE SANTA
FE PACIFIC RAILROAD COMPANY, Appellee.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Mohave. R. E. Sloan,
Judge.

E. M. Sanford, Attorney for Appellants.

C. N. Sterry, and E. E. Ellinwood, Attorneys for Appellee.

February 12, 1902. Affirmed.

---

[Civil No. 738.]

MARTIN GOULD, Appellant, v. THE MARICOPA CANAL
COMPANY, a Corporation, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. Webster Street,
Judge.

W. H. Stilwell, and Kibbey & Edwards, Attorneys for
Appellant.

C. F. Ainsworth, Attorney for Appellee.

March 19, 1902. Reversed.

See opinion on rehearing, *post,* p. 429.